UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
INSURANCE COMPANY OF GREATER NEW YORK,    :
                                                    :
                        Plaintiff,                  :            23-CV-3577 (JMF)
                                                    :
        -v-                                         :            ORDER
                                                    :
KINSALE INSURANCE COMPANY,                   :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the pending motion to compel arbitration and motion to remand to state court,

*see* ECF Nos. 8, 12, the initial pretrial conference schedule for June 15, 2023, is hereby

adjourned *sine die*.

        SO ORDERED.

Dated:  June 5, 2023
        New York, New York                          _____
                                                        JESSE M. FURMAN
                                                    United States District Judge